E-FILED
Friday, 21 April, 2006 01:17:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Marc D. Jones        )
_____    )
                     )
    Plaintiff,       )
                     )
    vs.              )        No. 06-2077
                     )        (Supplied by Clerk)
State of ILLINOIS    )
~~Vermillion County~~ )
                     )        FILED
                     )        APR 21 2006
    Defendant(s).    )        JOHN M. WATERS, Clerk
                              U.S. DISTRICT COURT
                              CENTRAL DISTRICT OF ILLINOIS
                              URBANA, IL

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Marc Douglas Jones, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ✓   Married ___   Separated ___   Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

July 03 as a Taxi Cab driver
Pay depended on the number of passengers.

1

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.

My parents put $20.00 a week for commissary.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $20.00 a week

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

Usually $20.00 a week for cosmetics, eatable items on commissary list, or haircuts.

G. How much money do you have in private checking or saving accounts? none

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes (✓) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

An Attorney fee of I believe $475.00
My back child support is well over $1,000.00

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

Andrea Kay Jones - Daughter - supose to be between $37 $38 a week.

2

_____

_____

_____

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

*Right now, I have no idea. No way for me to find out.*

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Marc B. Jones*
SIGNATURE

4-11-06
DATE

MARC JONES

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

    I hereby certify that the plaintiff or petitioner in this action has the sum of $ __3.85__ in his trust account at the correctional center where he is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_L. Mitchell / Elizabeth_
(Authorized Officer)

_Vermilion Co. Sheriff's Dept._
(Institution)

_Corrections Officer / Commissary_
(Title)

DATE  4-12-06

**IMPORTANT:**
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

4

```
04/12/2006                VERMILION COUNTY - JAIL COMMISSARY                  Page:    1
                            Account Detail Listing - JC601PPD
                          ======================================


     Cell Number: DORM
      PSB Number:

         Status: Active
           Name: JONES, MARC D.
        Address:

    Beg Act Date: 06/27/2005
    Beg Act Balance:    15.00
    End Act Balance:     3.85      as of 4-12-06

========================================================================
```

| Trans No   | Type | Description      | Date       | Money Out | Money In |
|------------|------|------------------|------------|-----------|----------|
|            | O    | MI               | 07/01/2005 | 0.00      | 20.00    |
| C 07/05/05 | S    | COMMISSARY SALES | 07/05/2005 | 14.75     | 0.00     |
| C 07/11/05 | S    | COMMISSARY SALES | 07/11/2005 | 17.25     | 0.00     |
| C 07/18/05 | S    | COMMISSARY SALES | 07/18/2005 | 3.00      | 0.00     |
|            | O    | MI               | 07/21/2005 | 0.00      | 20.00    |
| C 07/25/05 | S    | COMMISSARY SALES | 07/25/2005 | 16.00     | 0.00     |
|            | O    | MI               | 07/28/2005 | 0.00      | 20.00    |
| C 08/01/05 | S    | COMMISSARY SALES | 08/01/2005 | 15.70     | 0.00     |
|            | O    | MI               | 08/04/2005 | 0.00      | 20.00    |
| C 08/08/05 | S    | COMMISSARY SALES | 08/08/2005 | 24.65     | 0.00     |
|            | O    | MI               | 08/18/2005 | 0.00      | 20.00    |
| C 08/22/05 | S    | COMMISSARY SALES | 08/22/2005 | 23.56     | 0.00     |
|            | O    | MI               | 08/25/2005 | 0.00      | 10.00    |
| C 08/29/05 | S    | COMMISSARY SALES | 08/29/2005 | 9.95      | 0.00     |
|            | O    | MI               | 09/01/2005 | 0.00      | 20.00    |
| C 09/06/05 | S    | COMMISSARY SALES | 09/06/2005 | 19.90     | 0.00     |
|            | O    | MI               | 09/08/2005 | 0.00      | 20.00    |
| C 09/12/05 | S    | COMMISSARY SALES | 09/12/2005 | 19.80     | 0.00     |
|            | O    | MI               | 09/15/2005 | 0.00      | 20.00    |
| C 09/19/05 | S    | COMMISSARY SALES | 09/19/2005 | 17.90     | 0.00     |
|            | O    | MI               | 09/22/2005 | 0.00      | 20.00    |
| C 09/26/05 | S    | COMMISSARY SALES | 09/26/2005 | 22.40     | 0.00     |
|            | O    | MI               | 09/29/2005 | 0.00      | 20.00    |
| C 10/03/05 | S    | COMMISSARY SALES | 10/03/2005 | 18.50     | 0.00     |
|            | O    | MI               | 10/06/2005 | 0.00      | 20.00    |
| C 10/11/05 | S    | COMMISSARY SALES | 10/11/2005 | 20.55     | 0.00     |
|            | O    | MI               | 10/13/2005 | 0.00      | 20.00    |
| C 10/17/05 | S    | COMMISSARY SALES | 10/17/2005 | 20.90     | 0.00     |
|            | O    | MI               | 10/20/2005 | 0.00      | 20.00    |
| C 10/24/05 | S    | COMMISSARY SALES | 10/24/2005 | 20.10     | 0.00     |
|            | O    | MI               | 10/27/2005 | 0.00      | 20.00    |
| C 11/01/05 | S    | COMMISSARY SALES | 11/01/2005 | 6.60      | 0.00     |
|            | O    | MI               | 11/03/2005 | 0.00      | 20.00    |
| C 11/07/05 | S    | COMMISSARY SALES | 11/07/2005 | 24.90     | 0.00     |

|  |  |  | Date | Amount | Balance |
|---|---|---|---|---|---|
|  | O | MI | 11/10/2005 | 0.00 | 20.00 |
| C 11/14/05 | S | COMMISSARY SALES | 11/14/2005 | 25.00 | 0.00 |
|  | O | MI | 11/17/2005 | 0.00 | 20.00 |
| C 11/21/05 | S | COMMISSARY SALES | 11/21/2005 | 23.25 | 0.00 |
|  | O | MI | 11/28/2005 | 0.00 | 20.00 |
| C 11/28/05 | S | COMMISSARY SALES | 11/28/2005 | 20.19 | 0.00 |
|  | O | MI | 12/01/2005 | 0.00 | 20.00 |
| C 12/05/05 | S | COMMISSARY SALES | 12/05/2005 | 20.10 | 0.00 |
|  | O | MI | 12/08/2005 | 0.00 | 20.00 |
| C 12/12/05 | S | COMMISSARY SALES | 12/12/2005 | 19.20 | 0.00 |
|  | O | MI | 12/22/2005 | 0.00 | 20.00 |
| C 12/27/05 | S | COMMISSARY SALES | 12/27/2005 | 16.79 | 0.00 |
|  | O | MI | 12/29/2005 | 0.00 | 30.00 |
| C 01/03/06 | S | COMMISSARY SALES | 01/03/2006 | 13.75 | 0.00 |
|  | O | MI | 01/05/2006 | 0.00 | 20.00 |
| C 01/09/06 | S | COMMISSARY SALES | 01/09/2006 | 20.30 | 0.00 |
|  | O | MI | 01/12/2006 | 0.00 | 20.00 |
| C 01/17/06 | S | COMMISSARY SALES | 01/17/2006 | 19.89 | 0.00 |
|  | O | MI | 01/19/2006 | 0.00 | 20.00 |
| CK 23104 | O | LISA ONEIL | 01/23/2006 | 15.00 | 0.00 |
|  | O | MI | 01/26/2006 | 0.00 | 20.00 |
| C 01/30/06 | S | COMMISSARY SALES | 01/30/2006 | 5.00 | 0.00 |
|  | O | MI | 02/02/2006 | 0.00 | 20.00 |
| C 02/06/06 | S | COMMISSARY SALES | 02/06/2006 | 24.95 | 0.00 |
|  | O | MI | 02/09/2006 | 0.00 | 20.00 |
| C 02/14/06 | S | COMMISSARY SALES | 02/14/2006 | 24.85 | 0.00 |
|  | O | MI | 02/16/2006 | 0.00 | 20.00 |
| C 02/21/06 | S | COMMISSARY SALES | 02/21/2006 | 24.95 | 0.00 |
|  | O | MI | 02/23/2006 | 0.00 | 20.00 |
| C 02/27/06 | S | COMMISSARY SALES | 02/27/2006 | 24.90 | 0.00 |
|  | O | MI | 03/02/2006 | 0.00 | 20.00 |
| C 03/06/06 | S | COMMISSARY SALES | 03/06/2006 | 25.00 | 0.00 |
|  | O | MI | 03/09/2006 | 0.00 | 20.00 |
| C 03/13/06 | S | COMMISSARY SALES | 03/13/2006 | 24.95 | 0.00 |
|  | O | MI | 03/16/2006 | 0.00 | 20.00 |
| CK#23285 | O | D WILLIAMSON | 03/19/2006 | 15.00 | 0.00 |
| C 03/20/06 | S | COMMISSARY SALES | 03/20/2006 | 15.45 | 0.00 |
|  | O | MI | 03/23/2006 | 0.00 | 20.00 |
| C 03/27/06 | S | COMMISSARY SALES | 03/27/2006 | 20.00 | 0.00 |
|  | O | MI | 03/30/2006 | 0.00 | 20.00 |

```
 C 04/03/06    S     COMMISSARY SALES      04/03/2006       19.97         0.00
               O     MI                    04/06/2006        0.00        20.00
 C 04/10/06    S     COMMISSARY SALES      04/10/2006       16.25         0.00
 *** Total ***
                                                           751.15       740.00
```

RECEIVED
APR 21 2006
U.S. CLERK'S OFFICE
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Marc Douglas Jones )
Plaintiff )
)
vs. )  Case No. 06-2077
)
State of Illinois )
Vermillion County )
City of Danville )
)
Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other City of Danville, Vermillion County

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Marc D. Jones, and states as follows:

My current address is: 2 E. South Street - Danville, IL 61832

The defendant Gene Woodard, is employed as Investigater - Danville Police Department at Danville Public Safety Building

The defendant Michael Clary, is employed as Circuit Court Judge Danville, Illinois at Vermillion County Circuit Court House.

The defendant Frank Young, is employed as State Attorney State of Illinois at Vermillion County Court House

The defendant Sandra L. Lawleys, is employed as Assistant State Attorney State of Illinois at Vermillion County Court House

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

_____

    2. Court (if federal court, give name of district; if state court, give name of county)

_____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☑
If your answer is no, explain why not  I'm told they don't have forms available, and my claim isn't against this facility as a whole.

C. Is the grievance process completed?   Yes ☐   No ☑

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence  Danville, IL 61832 - Vermillion County

Date of the occurrence  ~~in places~~ 6-20-05 + 6-21-05

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1) Gene Woodard arrested me after the report of this alledged crime sat on his desk for over 6 years.
Judge Clary - ruled under 2000 statute instead 1999. Towed statute.
Frank R. Young - Prosecution against me.
Sandra L. Lawley - Prosecution against me.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I want my Constitutional Rights honored, freed of all charges against me, paid handsomely for all trouble this violation has caused as well as all the days spent incarcerated. I want my name cleared publicly.

JURY DEMAND          Yes ☐                    No ☐

Signed this **April** day of **nineteen**, **06**.

**Marc D. Jones**
(Signature of Plaintiff)

Name of Plaintiff: Marc D. Jones
Address: 2 E. South Street
Inmate Identification Number: N/A
Telephone Number: message phone (217) 431-0027
(217) 442-1414

6

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
VERMILION COUNTY, DANVILLE, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| Plaintiff, ) | |
| vs. ) | No. 05-CF-377 |
| MARC D. JONES, ) | |
| Defendant. ) | |

## MOTION TO QUASH INFORMATION

Now comes the defendant, Marc D. Jones, by his attorney, Derek Girton, and for his motion to quash information, states:

1. On June 21, 2005, the defendant was charged by information with three counts of predatory criminal sexual assault of a child.

2. Each count stated that the defendant, being 17 years of age or older, committed an act of sexual penetration with the victim, who was under 13 years of age, when the alleged act was committed. The acts alleged to have been committed between January 1, 1998, and April 27, 1999.

3. Pursuant to 720 ILCS 5/3-5(b), prosecution for predatory criminal sexual assault of child must be commenced within 3 years after the commission of the offense.

4. The information is insufficient in that it fails to allege facts which would have tolled the statute of limitations as stated under 720 ILCS 5/3-5(b).

WHEREFORE, the defendant requests that this Court dismiss the information in this cause.

MARC D. JONES, Defendant,

By: _____
One of His Attorneys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon

STATE'S ATTORNEYS OFFICE
VERMILION COUNTY COURTHOUSE
7 NORTH VERMILION STREET
DANVILLE, IL 61832

by hand delivering the same on this 2nd day of December, 2005.

Derek J Girton

PREPARED BY:
Derek J Girton
Acton & Snyder, LLP
11 East North Street
Danville, IL 61832
Telephone (217) 442-0350

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
VERMILION COUNTY, DANVILLE, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
          Plaintiff, )
vs. ) No. 05-CF-377
MARC D. JONES, )
          Defendant. )

## MOTION TO QUASH AMENDED INFORMATION

Now comes the defendant, Marc D. Jones, by his attorney, Derek Girton, and for his motion to the amended quash information filed by the State, states:

1. On June 21, 2005, the defendant was charged by information with three counts of predatory criminal sexual assault of a child.

2. Each count of the original information stated that the defendant, being 17 years of age or older, committed an act of sexual penetration with the victim, who was under 13 years of age, when the alleged act was committed. The acts alleged to have been committed between January 1, 1998, and April 27, 1999.

3. On December 2, 2005, the defendant filed his original motion to quash information, which motion was brought before the Court for hearing on December 6, 2005. The motion was granted and the State was granted 7 days to file an amended information.

4. On December 13, 2005, the State filed an amended information alleging three counts of predatory criminal sexual assault of a child all as Class X felonies.

5. Within each of the three counts of the amended information, the State alleges that "Kena Sanchez (the alleged victim) was under 18 years of age at the time of the offense and this action is commenced within 20 years after Kena Sanchez attained 18 years of age pursuant to 720 ILCS 5/3-6(j), in violation of 720 ILCS 5/12-14.1(a)(1).

6. The amended information should also be dismissed for the following reasons:

   a. The State relies upon the language contained in 720 ILCS 5/3-6(j) as its basis for extending the statute of limitations period beyond the standard 3 years contained within 720 ILCS 5/3-5(b). §3-6(j) did not exist when they alleged the crime occurred between January 1, 1998, and April 27, 1999, and therefore is not a proper basis upon which to request an extension of the statute of limitations.

   b. In 1999, §(d) of 720 ILCS 5/3-6 stated "when the victim is under 18 years of age, a prosecution for . . .predatory criminal sexual assault of a child, may be commenced within 1 year of the victim attaining the age of 18 years."

7. The clear purpose of §5/3-6(d) as stated in 1999, is to grant the alleged victim one year after having attained the age of majority to <u>alert authorities</u> of a crime having been committed against them and giving the authorities an opportunity to bring a case against the alleged perpetrator.

8. In the case before this Court, the unrefuted evidence that would be presented by both parties to this Court would be that on April 27, 1999, the alleged victim and her mother first reported this matter to the Danville Police Department. No charges were brought against the defendant until the original information in this matter, which was filed June 21, 2005, 6 years and 2 months after the initial reporting of the crime by the victim to the State.

9. The extended period under 720 ILCS 5/3-6(d), contained in the 1999 statute, does not grant to the State the extended statutory period once they have been alerted of a crime. The original 3-year statute of limitations contained within 720 ILCS 5/3-5 should apply to the State upon their notification in April 1999 of the alleged crime and the statute of limitations should have run in April 2002.

WHEREFORE, the defendant requests that this Court dismiss the amended information in this cause.

MARC D. JONES, Defendant,

By: _____
One of His Attorneys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon

STATE'S ATTORNEYS OFFICE
VERMILION COUNTY COURTHOUSE
7 NORTH VERMILION STREET
DANVILLE, IL 61832

by hand delivery this 20th day of January, 2006.

_____
Derek J Girton

PREPARED BY:
Derek J Girton
Acton & Snyder, LLP
11 East North Street
Danville, IL 61832
Telephone (217) 442-0350

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
VERMILION COUNTY, DANVILLE, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-CF-377 |
| MARC D. JONES, | ) |
| Defendant. | ) |

## NOTICE OF HEARING

To:  Vermilion County State's Attorney, 7 N. Vermilion St., Danville, IL 61832
    Marc D. Jones, c/o Vermilion County Public Safety Building, 2 E. South St., Danville, IL 61832

Please take notice that defendant and counsel will appear before Honorable Michael D. Clary, or any other judge sitting in his place in Courtroom 4A, Vermilion County Courthouse, 7 N. Vermilion Street, Danville, Illinois, at 1:30 p.m. on the 24th day of January, 2006, for hearing on Defendant's Motion to Quash Amended Information. You must be present at said time and place should you wish to be heard.

MARC D. JONES, Defendant,

BY _____
One of His Attorneys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon

Vermilion County State's Attorney, 7 N. Vermilion St., Danville, IL 61832
Marc D. Jones, c/o Vermilion County Public Safety Building, 2 E. South St., Danville, IL 61832

by hand delivery this 20th day of January, 2006.

Derek J Girton

Prepared by:
Derek J Girton
Acton & Snyder, LLP
11 E. North Street
Danville, Illinois 61832
Telephone: (217) 442-0350