# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARC DOUGLAS JONES** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| vs ) | | |
| ) | **CASE NO. 06-2077** | |
| **GENE WOODARD, ET AL.,** ) | | |
| Defendant ) | | |

**TO:  THE WARDEN of** VERMILION COUNTY PUBLIC SAFETY at DANVILLE, IL.

**WE COMMAND** that you produce the body of **MARC DOUGLAS JONES**, who is in your custody at VERMILION COUNTY PUBLIC SAFETY  before the United States District Court on **WEDNESDAY, MAY 17, 2006, AT 11:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  April 24, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:s/K. Wynn
Deputy Clerk