```
          RECEIPT FOR PAYMENT
          U.S. DISTRICT COURT
             URBANA DIVISION

                                   U004858
     ------------------------------------
     RECEIVED FROM:
     VERMILION COUNTY SHERIFF
     2 E SOUTH ST
     DANVILLE, IL 61832
     ------------------------------------
     Case Number: 06-2077

     ------------------------------------
     F/U/B/O:
     Party ID:
     JONES, MARC D

     Tender Type:        CHECK
     06-5100PL                   $15.00
     Prisoner Filing-5100PL

     Remarks:Check #23412
     ------------------------------------
         Subtotal:               $15.00



     ------------------------------------
     Receipt Total:              $15.00
     ====================================
     * Checks and drafts are accepted
     subject to collections and full
     credit will only be given when
     the check or draft has been
     accepted by the financial
     institution on which it was drawn.

         Date:     4/27/06
         Clerk:--------------------
                    SDU
```