AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MARK DOUGLAS JONES**

vs.                                                        Case Number:**06-2077**

**GENE WOODARD, Investigator Danville Police Department**
**MICHAEL CLARY, Circuit Court Judge at Vermilion County Circuit Court**
**FRANK YOUNG, State's Attorney at Vermilion County Courthouse**
**SANDRA LAWLEYS, Assistant State's Attorney at Vermilion County Courthouse**
**STATE OF ILLINOIS**
**VERMILION COUNTY**
**CITY OF DANVILLE**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the State of Illinois, City of Danville, and Vermilion County are terminated as defendants pursuant to 28 U.S.C. 1915A(1) and Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief may be granted. Based on the foregoing, Michael Clary has absolute immunity and is dismissed as a defendant, with prejudice.  Based on the foregoing, Frank Young and Sandra Lawleys have absolute immunity and are dismissed as defendants, with prejudice. Based on the foregoing, Gene Woodard is dismissed as a defendant, with prejudice. Pursuant to 28 U.S.C. 1915A and Heck v. Humphrey,512 U.S. 477, 484-487 (1994), the plaintiff's entire lawsuit is dismissed.

ENTER this 18th day of May, 2006

**s/John M. Waters**

_____

JOHN M. WATERS, CLERK

**s/V. Ball**

_____

BY:  DEPUTY CLERK